UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:18-cv-644

| | | |
|---|---|---|
| MICHAEL HUNT. | ) | |
| | ) | |
| Plaintiff, | ) | **MOTION TO DISMISS AND** |
| v. | ) | **COMPEL ARBITRATION OR, IN** |
| | ) | **THE ALTERNATIVE, TO STAY** |
| DEBT ASSISTANCE NETWORK, | ) | **PROCEEDING PENDING** |
| LLC, | ) | **ARBITRATION** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Debt Assistance Network, LLC, by and through its undersigned counsel and pursuant to the Federal Arbitration Act and Rules 12(b)(1), 12(b)(3), and/or 12(b)(6) of the Federal Rules of Civil Procedure, respectfully moves the Court for an order dismissing this action and compelling the plaintiff to arbitrate the claims brought in this action or, in the alternative, to stay this action pending resolution of the claims in arbitration. This motion is based on the Declaration of Lee Sands, attached hereto, and the authority set forth in the accompanying memorandum.

This the 10th day of September 2018.

                                         **CRANFILL SUMNER & HARTZOG LLP**

                                         BY:  */s/ Michael B. Cohen*
                                         RICHARD T. BOYETTE
                                         N.C. Bar No. 7623
                                         MICHAEL B. COHEN
                                         N.C. Bar No. 50629
                                         *Attorneys for Defendant*
                                         Post Office Box 27808

Raleigh, North Carolina 27611-7808
Telephone (919) 828-5100
Facsimile (919) 828-2277
Email: rtb@cshlaw.com
       mcohen@cshlaw.com

2

4819-0291-0065, v. 1

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:18-cv-644

| | |
|---|---|
| MICHAEL HUNT. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| DEBT ASSISTANCE NETWORK, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

This is to certify that on September 10, 2018, the undersigned has electronically filed a copy of the foregoing *MOTION TO DISMISS AND COMPEL ARBITRATION OR, IN THE ALTERNATIVE, TO STAY PROCEEDING PENDING ARBITRATION* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Paige C. Kurtz
Kurtz Law, PLLC
715 Kimbrough St.
Raleigh, NC 27608
*Attorney for Plaintiff*

**CRANFILL SUMNER & HARTZOG LLP**

BY: */s/ Michael B. Cohen*
RICHARD T. BOYETTE
N.C. Bar No. 7623
MICHAEL B. COHEN
N.C. Bar No. 50629
*Attorneys for Defendant*
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone (919) 828-5100
Facsimile (919) 828-2277
Email: rtb@cshlaw.com
mcohen@cshlaw.com

3